Juan Gerardo **RAMIREZ MATA**, Petitioner,

v.

Eric H. **HOLDER, Jr.**, Attorney General, Respondent.

No. 07–71207.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 1, 2010.

Murray D. Hilts, Law Offices of Murray Hilts, San Diego, CA, for Petitioner.

Juan Gerardo Ramirez Mata, pro se.

Ronald E. LeFevre, Office of The District Counsel, Department of Homeland Security, San Francisco, CA, Lee M. Quinn, Emily Anne Radford, U.S. Department of Justice, Washington, DC, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Juan Gerardo Ramirez Mata, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") removal order. We dismiss the petition for review.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We lack jurisdiction to review Ramirez Mata's contentions because he failed to raise them before the BIA and, thus, failed to exhaust his administrative remedies. *See Zara v. Ashcroft,* 383 F.3d 927, 930–31 (9th Cir.2004) ("A petitioner cannot satisfy the exhaustion requirement by making a general challenge to the IJ's decision, but, rather, must specify which issues form the basis of the appeal.").

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.